THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AARON LANGLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-20-966-R |
| | ) | |
| SCOTT NUNN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is the September 28, 2020 Report and Recommendation issued by Magistrate Judge Shon T. Erwin wherein he recommends that the Court deny Petitioner's Motion for Leave to Proceed *In Forma Pauperis*. The record reflects that on October 8, 2020, the Court received Petitioner's $5.00 filing fee. Accordingly, the Court hereby ADOPTS the Report and Recommendation and DENIES the Motion for Leave to Proceed *In Forma Pauperis*. The matter is re-referred to Judge Erwin for additional preliminary proceedings.

**IT IS SO ORDERED** this 13th day of October 2020.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE